IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| PACIFIC UNION FINANCIAL, LLC, | § |
| Plaintiff, | § |
| v. | § Civil Action No. _____ |
| JASON PERRY, | § |
| Defendant. | § |

## EXHIBIT B: INDEX OF DOCUMENTS FILED IN STATE COURT

| Number | Name | Date of Filing |
|---|---|---|
| 1. | Plaintiff's Original Verified Petition for Injunctive Relief, Damages and Application for Temporary Restraining Order | October 24, 2018 |
| 2. | Plaintiff's Motion for Limited Expedited Discovery | October 25, 2018 |
| 3. | Order Granting Plaintiff's Motion for Expedited Discovery | October 25, 2018 |

EXHIBIT B